UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:10MJ39



FILED
CHARLOTTE, NC
MAY 1 4 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| **IN THE MATTER OF THE SEIZURE OF**<br>All funds, including but not limited to $42,500.00, in First Citizens Bank and Trust of South Carolina Safe Deposit Box XXX0080, such box leased to McQueen Tax Services;<br><br>All funds, including but not limited to $25,940.52, in First Citizens Bank and Trust of South Carolina Account XXXXXXXX8801, such account held in the name of McQueen Tax Service;<br><br>All funds, including but not limited to $6,421.85, in First Citizens Bank and Trust of South Carolina Account XXXXXXXX2601, such account held in the name of Frank McQueen DBA Custom Computer Services;<br><br>All funds, including but not limited to $10,985.78, in First Citizens Bank and Trust of South Carolina XXXXXXXX9601, such account held in the name of Frank McQueen. | ORDER TO UNSEAL |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney, for an order directing that the Seizure Warrant Affidavit and Application, Motion to Seal, and Order to Seal be unsealed because protecting the secrecy of the ongoing nature of the investigation in this matter is no longer necessary,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application, the Motion to Seal, and the Order to Seal be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Attorney's Office.

This the 14th day of May, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE